IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SODERHOLM SALES AND LEASING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BYD MOTORS INC.; JOHN DOES -10; JANE DOES 1-10; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, <br><br> Defendants. | CV 19-00160 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 31, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Soderholm Sales and Leasing, Inc.'s Motion for an Award of Attorneys' Fees", ECF No. 176 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 15, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge