IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SODERHOLM SALES AND LEASING, INC., | ) ) ) | CV 19-00160 LEK-KJM |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BYD MOTORS INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF SODERHOLM SALES AND LEASING, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES ON APPEAL

Findings and Recommendation having been filed and served on all parties on April 28, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Soderholm Sales and Leasing, Inc.'s Motion for Award of Attorneys' Fees on Appeal", ECF No. 199 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 17, 2023.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge