Of Counsel:
MILLER SHEA
A Limited Liability Law Company

JEFFREY P. MILLER  7559-0
AMERICAN Savings Bank Tower
1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813
Telephone: (808) 536-2442
jeff@millershea.law.com

Attorneys for Plaintiff
SODERHOLM SALES AND LEASING,
INC.

IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SODERHOLM SALES AND LEASING, INC., | CIVIL NO. CV 19-00160 LEK-KJM |
| Plaintiff, | **SATISFACTION OF JUDGMENT AND ORDERS AWARDING ATTORNEYS' FEES** |
| vs. | |
| BYD MOTORS INC., JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, | |
| Defendants. | Trial:   January 19, 2021 |

## SATISFACTION OF JUDGMENT AND ORDERS AWARDING ATTORNEYS' FEES

Whereas, on September 21, 2021, the Court entered Judgment [ECF 158] ("**Judgment**") in favor of Plaintiff Soderholm Sales And Leasing, Inc.'s ("**SSLI**")

and against Defendant BYD Motors, Inc., n.k.a. BYD Motors LLC ("**BYD**") herein;

Whereas, on November 4, 2021, BYD posted, and the Court approved, a Supersedeas Bond [ECF 167] securing the Judgment;

Whereas, on February 15, 2022, the Court entered its Order Adopting Magistrate Judge's Findings And Recommendations [ECF 177] awarding SSLI attorneys' fees in this action, and on May, 17, 2023, the Court entered its Order Adopting Findings And Recommendation To Grant In Part And Deny In Part Plaintiff Soderholm Sales And Leasing Inc.'s Motion For An Award Of Attorneys' Fees On Appeal [ECF 201] (collectively the "**Fee Orders**");

Whereas the parties have reached global settlement of all disputes related to this action;

SSLI, by and through its counsel, Miller Shea, LLLC, hereby acknowledges and confirms that the Judgment and the Fee Orders have been satisfied in full.

DATED: Honolulu, Hawai'i, May 24, 2023.

/s/ Jeffrey P. Miller
JEFFREY P. MILLER
Attorneys for Plaintiff
SODERHOLM SALES AND
LEASING, INC.