|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 2 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

SODERHOLM SALES AND LEASING, INC.,

        Plaintiff-Appellee,

 v.

BYD MOTORS, INC.,

        Defendant-Appellant,

 and

JOHN DOES, 1-10; et al.,

        Defendants.

No. 22-15408

D.C. No. 1:19-cv-00160-LEK-KJM
District of Hawaii,
Honolulu

ORDER

The parties' stipulated motion (Docket Entry No. 13) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT